**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

<table>
<tr><td>UNITED STATES OF AMERICA<br>v.<br>SYNERGY MARINE PRIVATE LTD., <em>et al.</em></td><td>Case No. 26-CR-00118-JKB<br><br>Hon. JAMES K. BREDAR, U.S.D.J.</td></tr>
</table>

**ENTRY OF APPEARANCE OF MARSHALL N. PERKINS, ESQ.
ON BEHALF OF PETITIONERS / MATERIAL WITNESSES
STEPHEN JAYAKUMAR, ROHIT BISHT, AND CHARLES VAZ**

DEAR SIR/MADAM CLERK:

Please enter the Appearance of Marshall N. Perkins, Esq., Mallon LLC, on behalf of

Petitioners / Material Witnesses Stephen Jayakumar, Rohit Bisht, and Charles Vaz in the above-

captioned criminal case.

Respectfully submitted,

**MALLON LLC**

*/s/ Marshall N. Perkins*
Joseph T. Mallon, Jr. (Fed. Bar No. 22878)
Marshall N. Perkins (Fed. Bar No. 25514)
Suite 815
300 E. Lombard Street
Baltimore, Maryland 21202
Tel: 410 727 7887
Fax: 410 727 4770
jmallon@mallonllc.com
mperkins@mallonllc.com

Owen F. Duffy, Esq. (*Pro hac vice motion - To be filed*)
LAW OFFICE OF OWEN DUFFY
P.O. Box 919
Point Lookout, New York 11569
Tel: 516 721 8793
owen@oduffy-law.com

*Counsel for Petitioners/Material Witnesses Stephen Jayakumar, Rohit Bisht, and Charles Vaz*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of July, 2026, the foregoing Entry Of Appearance Of Marshall N. Perkins, Esq. On Behalf Of Petitioners / Material Witnesses Stephen Jayakumar, Rohit Bisht, And Charles Vaz was served via the Court's electronic filing system (CM/ECF) to all CM/ECF-registered counsel/parties.

*/s/ Marshall N. Perkins*
Marshall N. Perkins

2