**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **v.** | * | **Crim. No. JKB-26-0118** |
| **SYNERGY MARINE PTE LTD., et al.,** | * | |
| **Defendants.** | * | |

* * * * * * * * * * * *

**ORDER**

The Government has filed a Motion for Hearing (ECF No. 75) and an accompanying Motion to Seal (ECF No. 76). The Government explains that it has moved to seal "in abundance of caution, as disclosure of the Motion may cause unfair prejudice or create controversy as to non-parties to the litigation." (*Id.*) The Government seeks to seal the entire Motion for Hearing, and explains that "redaction is not appropriate as the Government's need for sealing relates to the entire Motion, and not just portions of the Motion." (*Id.*) Defendants Synergy Marine Private Ltd. and Synergy Maritime Private Ltd. have filed a Response to the Motion to Seal, indicating that they "do not oppose the Motion to Seal and agree that disclosure of the Motion for Hearing (ECF No. 75) may cause unfair prejudice or create controversy as to non-parties to the litigation." (ECF No. 77.)

The Motion to Seal (ECF No. 76) will be denied. The denial will be without prejudice to reconsideration upon the parties' filing—either jointly or separately—a renewed motion, accompanied authority supporting the appropriateness of a seal order in these circumstances. The parties must also address the Court's Local Rule 105.11, which requires parties to provide "an explanation why alternatives to sealing would not provide sufficient protection," as the current

Motion to Seal does not sufficiently address that issue. The Motion for Hearing will remain under seal for a brief period to accommodate the filing of any renewed motion to seal.

Accordingly, it is ORDERED that:

1. The Motion to Seal (ECF No. 76) is DENIED WITHOUT PREJUDICE.
2. The Motion for Hearing (ECF No. 75) SHALL REMAIN UNDER SEAL.
3. Any renewed motion to seal MUST BE FILED on or before September 2, 2026. To the extent no renewed motion to seal is filed on or before that date, the Court will unseal the Motion for Hearing.

DATED this 19 day of August, 2026.

BY THE COURT:

James K. Bredar

James K. Bredar
United States District Judge